SMOCK v. TAYLOR, ASSIGNEE.

An assignee cannot sue in his own name on a sealed instrument.

*Certiorari* to Justice Hendrickson.

The court reversed the judgment, because it appeared that Taylor, the plaintiff below, sued in his own name on a sealed bill, which had been assigned to him.